UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAM JUNIS JOHNSON-BEY,

       Plaintiff,                               Case No.  4:06-CV-67

v.                                                Hon. Gordon J. Quist

BRENTWAL LLC, et al.,

       Defendants.
                               /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 11, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2007, is approved and adopted as the opinion of the court. Defendant Hirsch's Motion For Judgment On The Pleadings (docket no. 16) is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.

Dated: July 6, 2007                                        /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE